**GANONG & WYATT, LLP**
924 Truxtun Avenue
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414
Ralph Wm. Wyatt, SBN 63247

Attorneys for Plaintiff RAFAEL TORRES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL TORRES, | Case No. CIV.S-04-2670 FCD GGH |
| Plaintiff, | |
| vs. | STIPULATION ALLOWING SUPPLEMENTAL DISCLOSURE OF EXPERT INFORMATION |
| UNION PACIFIC RAILROAD COMPANY and DOES 1 through 50, inclusive, | |
| Defendants. | TRIAL DATE: March 28, 2006 |

IT IS HEREBY STIPULATED by and between all parties to this action, and their attorneys of record, as follows:

1. The parties hereby stipulate to permit each party to provide supplemental disclosure of expert information required by FRCP Rule 26(2) after the initial disclosure date set by the Court, at appropriate intervals, and no later than the pre-trial disclosure date set by the court or by FRCP Rule 26(3).

2. This Stipulation is entered into in light of the fact that the Court has set the initial date for disclosure of experts prior to the cut off of discovery and eight months prior to the date currently set for the trial of this matter. The parties agree the probability of additional evidence being obtained between the initial disclosure date and the trial date is high and the parties should have the right to supplement their disclosure and designation in the event that additional evidence warrants such change.

**IT IS SO STIPULATED.**

Dated:     July 19, 2005.     **GANONG & WYATT, LLP**

By_____
        Philip W. Ganong/Ralph Wm. Wyatt
        Attorneys for Plaintiff

Dated:     July 19, 2005.     **UNION PACIFIC RAILROAD COMPANY**

By:_____
        Robert N. Belt
        Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: July 26, 2005 .

/s/ Frank C. Damrell Jr.
United States District Judge

-2-

STIPULATION ALLOWING SUPPLEMENTAL DISCLOSURE OF EXPERT INFORMATION