1  ADRIAN L, RANDOLPH, ESQ.  (SBN: 133577)
2  **JOHN D. FEENEY, ESQ. (SBN: 84373)**
   UNION PACIFIC RAILROAD COMPANY
3  Law Department
   10031 Foothills Boulevard, Suite 200
4  Roseville, CA  95747
   General:    916-789-6400
5  **Direct:     916-789-6223**
   Fax:         916-789-6227

6  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RAFAEL TORRES, | Case No.:  CIV.S-04-2670 FCD GGH |
| 12              Plaintiff, | |
| 13       vs. | **STIPULATION BETWEEN PARTIES CONTINUING DATE OF PRETRIAL CONFERENCE FROM 2/23/07 TO 3/23/07 AND ORDER THEREOF** |
| 14 | |
| 15  UNION PACIFIC RAILROAD CO., et al. | |
| 16              Defendants. | Trial:   April 10, 2007<br>Judge:  Hon. Frank Damrell, Jr. |
| 17 | |

18  Plaintiff and Defendant by and through their attorneys agree, subject to
19  the calendar of this Court, that the date of the Final Pretrial Conference in this
20  action, currently set for Friday, February 23, 2007, is continued to Friday,
21  March 23, 2007 at 2:30 p.m.

22  All other dates, including the trial date of April 10, 2007 shall remain the
23  same

24  DATED:  February 16, 2007          Respectfully submitted,

25                                     GANONG & WYATT, LLP

26                                     BY:   /s / Philip Ganong
                                              PHILIP GANONG
27                                            Attorney's for Plaintiff
                                              RAFAEL TORRES
28
                                              -1-
___
STIPULATION BETWEEN PARTIES CONTINUING FINAL PRETRIAL CONFERENCE

1  Dated: February 16, 2007                Respectfully submitted,

2                                          UNION PACIFIC RAILROAD COMPANY

3                                          By:  /s/ John D. Fenney

4                                              JOHN D. FEENEY
                                               Attorneys for Defendant
5                                              UNION PACIFIC RAILROAD COMPANY

6

7

8                                    **ORDER**

9

10      GOOD CAUSE APPEARING, it is hereby ordered that the date of the Final
11 Pretrial Conference currently set for February 23, 2007 is vacated and the Final
12 Pretrial Conference is now scheduled for Friday, March 23, 2007 at 2:30 P.M.  The
13 joint pretrial statement shall be filed on or before March 16 2007.

14

15 DATED: February 23, 2007

16

17                                          _____
                                            FRANK C. DAMRELL, JR.
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28
STIPULATION BETWEEN PARTIES CONTINUING FINAL PRETRIAL CONFERENCE