1  UNION PACIFIC RAILROAD COMPANY
   JOHN D. FEENEY, ESQ. - SBN 84373
2  10031 Foothills Boulevard, Suite 200
   Roseville, CA 95747-7101
3  Telephone: (916) 789-6220
   Facsimile:  (916) 789-6227
4
   STEPHANIE L. QUINN, ESQ. - SBN 216655
5  RANDOLPH CREGGER & CHALFANT LLP
   1030 G Street
6  Sacramento, CA 95814
   Telephone: (916) 443-4443
7  Facsimile: (916) 443-2124

8  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
9

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14 | RAFAEL TORRES, | No. 2:04-cv-2670 FCD/GGH |
15 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR NEW TRIAL (F.R.C.P. 59)** |
16 | vs. | |
17 | UNION PACIFIC RAILROAD COMPANY and DOES 1 through 50, inclusive, | |
18 | Defendants. | |
19 | _____/ | |

21     IT IS HEREBY STIPULATED by and between all parties to this action, through their

22 attorneys of record, as follows:

23 //

24 //

25 //

26 //

_____          - 1-
STIP. AND ORDER TO CONTINUE HRG. ON DEFENDANT'S MOTION FOR NEW TRIAL

1. The hearing on Defendant's motion for new trial, previously noticed for November 30, 2007 at 10:00 a.m. in Department 2, is hereby continued to December 14, 2007 at 10:00 a.m. in Department 2. The dates for filing opposition and reply briefs shall be calendared from the new hearing date.

Dated: November 5, 2007          GANONG & WYATT, LLP


                                                      By:  /s/ Philip W. Ganong
                                                              Philip W. Ganong/Ralph Wm. Wyatt
                                                              Attorneys for Plaintiff

Dated: November 6, 2007          UNION PACIFIC RAILROAD COMPANY


                                                       By:  /s/ John D. Feeney
                                                           JOHN D. FEENEY
Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

<u>ORDER</u>

IT IS SO ORDERED.

DATED: November 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE